# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHADAPHI PROCTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>JIMMY MACIAS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:16-CV-01120-DAD-SKO<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO TAKE DEPOSITION OF JACOB EUGENE ROBERTSON, AN INCARCERATED PERSON**<br><br>(Doc. 38) |

Plaintiff Khadaphi Proctor ("Plaintiff") is a state prisoner proceeding through counsel in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's first amended complaint for excessive force in violation of the Eighth Amendment against Defendants Sergeant Jimmy Macias, Derek Curry, Conrad Santos, Russell Hudson, Alexander Jimenez, Carlos Ochoa, Jamie Short, and Lorin Smalley. (Doc. 20.) Currently before the Court is

Defendants Macias', Curry's, Santos', Hudson's, Jimenez's, Ochoa's, and Short's ex parte application to take the deposition of Jacob Eugene Robertson, a person confined in state prison (the "Application"). (Doc. 38.)

Under Federal Rule of Civil Procedure 30(a)(2)(B), the deposition of a deponent who is confined in prison may be taken with leave of court. Fed. R. Civ. P. 30(a)(2)(B). Leave must be granted, to the extent consistent with Rule 26(b)(1) and (2). Defendants seek to depose Mr. Robertson, whom Plaintiff has identified as a witness in this matter, with the deposition to be scheduled upon reasonable notice. (Doc. 38 at 1.) As such, the proposed deposition is well-within the scope of discovery, and does not appear to exceed any of the limitations set forth in Rule 26(b)(2). Thus, the Application seeking leave to depose Mr. Robertson in this matter is GRANTED.

The parties shall meet and confer on a convenient date and time for the deposition of Mr. Robertson that is also convenient for the prison facility. Pursuant to Federal Rule of Civil Procedure 30(b)(4), the parties may take the deposition of Mr. Robertson by video conference, subject to the policies and procedures of the prison facility regarding the manner in which the deposition may be taken.

IT IS SO ORDERED.

Dated: __**August 10, 2017**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2