J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 13033)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1999 Harrison Street, Suite 2601
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendant
L. SMALLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KHADAPHI PROCTOR,<br><br>Plaintiff,<br><br>v.<br><br>J. MACIAS, et al.,<br><br>Defendants. | Case No.: 1:16-cv-01120-DAD-SKO<br><br>**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE**<br><br>**(Doc. 41)** |

The parties, by and through their respective counsel, and pursuant to Local Rules 143 and 144, stipulate as follows:

1. That on February 1, 2017, the Court issued its Scheduling Order. ECF No 32.

2. That the non-expert discovery deadline in this action shall be extended from September 29, 2017 up to and including November 3, 2017.

3. That there have been no previous extensions of this deadline.

4. That good cause exists for this extension of time because the calendars of the parties' respective counsel, and of the parties, are such that there are few, if any, mutually convenient dates available for the depositions of the parties, and witnesses, between now and September 29, 2017.

5. That the Court has granted Defendants Macias, Short, Curry, Hudson, Jimenez, Santos,

and Ochoa's unopposed ex parte application to take the deposition of Jacob Eugene Robertson, who is in the custody of the California Department of Corrections and Rehabilitation at the Substance Abuse Treatment Facility and State Prison (SATF-CSP) in Corcoran, California. ECF No. 40.

6. That the depositions of Plaintiff and his mother will be taken in San Diego, California and the depositions of any Defendants that Plaintiff elects to depose will be taken at North Kern State Prison in Delano, California, subject to the prison's availability.

7. The parties respectfully request that this Court extend the non-expert discovery deadline to November 3, 2017.

IT IS SO STIPULATED.

Dated: August 15, 2017   ANDRADA & ASSOCIATES

By: */s/ Lynne G. Stocker*
LYNNE G. STOCKER
Attorneys for Defendant
L. SMALLEY

I attest that Arthur Mark and Justin Palmer have authorized me to file this document with their electronic signatures.

*/s/ Lynne G. Stocker*

Dated: August 15, 2017   XAVIER BECERRA
ATTORNEY GENERAL OF CALIFORNIA

By: /s/ *Arthur B. Mark III*
ARTHUR B. MARK III
Deputy Attorney General
Attorneys for Defendants
MACIAS, SHORT, CURRY, HUDSON, JIMENEZ, SANTOS, and OCHOA

Dated: August 15, 2017   FILER / PALMER, LLP

By: */s/ Justin A. Palmer*
JUSTIN A. PALMER
Attorneys for Plaintiff KHADAPHI PROCTOR

//
//
//

2

STIPULATION FOR EOT RE NON-EXPERT DISCOVERY; ORDER

*Proctor v. CDCR, et al.*
1:16-cv-01120-DAD-SKO

**ORDER**

The Court, having received and reviewed the parties' Stipulation to Extend Non-Expert Discovery Deadline (Doc. 41), and good cause to modify the Scheduling Order under Fed. R. Civ. P. 16(b)(4) having been shown, it is hereby ORDERED that the deadline for non-expert discovery is continued from September 29, 2017, to November 3, 2017.

This modification does not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: **August 15, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE