Xavier Becerra, State Bar No. 118517
Attorney General of California
R. Lawrence Bragg, State Bar No. 119194
Acting Supervising Deputy Attorney General
Arthur B. Mark III, State Bar No. 220865
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7345
 Fax: (916) 324-5205
 E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendants Hudson, Macias, Santos, Short, Curry, Ochoa and Jimenez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KHADAPHI PROCTOR,**<br><br>Plaintiff,<br><br>v.<br><br>**JIMMY MACIAS, et al.,**<br><br>Defendants. | 1:16-cv-01120 DAD SKO<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY FOR PURPOSES OF CONDUCTING SETTLEMENT CONFERENCE**<br><br>(Doc. 43)<br><br>Judge: The Honorable Sheila K. Oberto<br>Trial Date: January 19, 2019<br>Action Filed: August 1, 2016 |

The parties, by and through their attorneys of record, stipulate as follows:

1. A settlement conference is currently set in this case for June 12, 2018.

2. The parties have exchanged initial disclosures and have conducted written discovery. Plaintiff's responses to Defendants' Ochoa, Short, Macias, Curry, Santos, Hudson, and Jimenez's Requests for Production Set Two, Defendant Macias's Interrogatories Set Two, and Requests for Admissions, Set One remain outstanding. Plaintiff has also agreed to provide supplemental

1

responses to some of Defendants' interrogatories. The parties need to meet and confer in an attempt to resolve Defendants' objections to Plaintiff's discovery, including meeting and conferring on documents identified on a privilege log produced by Defendants Ochoa, Short, Macias, Curry, Santos, Hudson, and Jimenez. Moreover, Defendants anticipate a discovery dispute pertaining to Samantha Bone, an investigator who allegedly interviewed Plaintiff's witness Jacob Robertson.

3. Jacob Robertson was deposed on October 3, 2017, and the depositions of Plaintiff and Constance Carter are set for October 18-19, 2017 in San Diego, California. Plaintiff has indicated he will be deposing at least three or more of the Defendants.

4. An earlier settlement conference would be beneficial to the parties, in that it would allow the parties to ascertain whether this case can be settled prior to the expenditure of significant resources to take depositions of defendants, plaintiff and other witnesses, to conduct expert witness discovery, and to resolve outstanding discovery disputes. Accordingly, the parties have requested that the court set a settlement conference as expeditiously as possible, preferably in November 2017.

5. Further, in order to conserve resources, discovery shall be stayed pending completion of the settlement conference. Depositions of Plaintiff and Constance Carter, currently set for October 18-19, 2017 shall be taken off calendar. In the event this case is not settled at the conference, the previously served notices of deposition shall be effective for any date later agreed to by the parties. In addition, Plaintiff shall serve responses to Defendants' outstanding written discovery within two weeks after the date of the settlement conference.

6. If the case is not settled, the parties will meet and confer and present to the Court a revised schedule for the completion of fact and expert discovery and the filing of dispositive and non-dispositive motions within two weeks of the date of the settlement conference. At this time, the parties do not anticipate that the trial date will need to be changed.

Respectfully Submitted,

Dated: October 6, 2017

KAMALA D. HARRIS
Attorney General of California
LAWRENCE R. BRAGG
Acting Supervising Deputy Attorney General

*/s/ Arthur B. Mark III*

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants*
*Santos, Short, Curry, Ochoa, Jimenez, Hudson*
*and Macias*

Dated: October 6, 2017

**FILER | PALMER, LLP**

By: */s/ Justin A. Palmer (as authorized on October 6, 2017)*
Justin A. Palmer
Attorneys for Plaintiff
KHADAPHI PROCTOR

Dated: October 6, 2017

ANDRADA & ASSOCIATES

*/s/ Lynn G. Stocker (as authorized on October 6, 2017)*
LYNNE. G. STOCKER
Attorneys for Defendant Smalley

**ORDER**

The Court having reviewed the parties' above stipulation (Doc. 43) and good cause appearing, the stipulation is GRANTED. It is hereby ORDERED that:

1. Discovery is STAYED pending completion of the settlement conference, to be held on December 14, 2017, at 1:00 p.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. In the event this case is not settled at the conference, the previously-served notices of deposition shall be effective for any date later agreed to by the parties. In addition, Plaintiff shall serve responses to Defendants'

outstanding written discovery within two weeks after the date of the settlement conference; and

2. If the case is not settled as a result of the settlement conference, the parties SHALL meet and confer and present to the Court a revised schedule for the completion of fact and expert discovery and the filing of dispositive and non-dispositive motions **by no later than December 29, 2017**. Any modification to the discovery deadlines SHALL NOT affect the previously-set pretrial conference and trial dates in this case.

IT IS SO ORDERED.

Dated: **October 19, 2017** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE